UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD PEA (#457171)

VERSUS

ERIC LEWIS

CIVIL ACTION

23-35-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes. dated August 9, 2024, to which no *Objection* has been filed

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise of supplemental jurisdiction over potential state law claims, that all claims brought by Plaintiff Donald Pea in this case are DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e) and/or 1915A for failure to state a claim upon which relief may be granted, and that Pea's *Motions*[2] asking for preliminary injunctive relief be DENIED.

Signed in Baton Rouge, Louisiana, on this 29 day of August, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 8.
[2] Rec. Docs. 6 and 7.